UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROL WESTERN CORP., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SMITH NEWS COMPANY, INC. a California corporation d/b/a SMITH NOVELTY COMPANY<br><br>Defendant. | CASE NO. CV12-7695 BRO (VBKx)<br><br>[PROPOSED] ORDER RE MOTIONS IN LIMINE<br><br>HEARING DATE: March 3, 2014<br>TIME: 1:30 P.M.<br>JUDGE: HON. BEVERLY REID O'CONNELL<br><br>PRE-TRIAL CONF. DATE: March 10, 2014<br>TRIAL DATE: March 25, 2014 |

1   On March 3, 2014, the following motions by Plaintiff KAROL WESTERN
2   CORP. and Defendant SMITH NEWS COMPANY, INC. came on regularly for hearing
3   in this Court:
4   <u>Plaintiff's Motion in Limine #1</u>: To Exclude Defendant's "Independent Creation"
5   Defense
6   <u>Plaintiff's Motion in Limine #2</u>: To Limit Evidence Of Design Content To The
7   Statutory "Best Edition" Of The Shanghai Diamond And The Accused Work; To
8   Exclude The Initial I.D. Material Photo Accompanying The Shanghai Diamond
9   Copyright Registration; To Exclude Defendant's Own Purported Images Of The
10  Shanghai Diamond And The Accused Work
11  <u>Plaintiff's Motion in Limine #3</u>: To Preclude Defendant Presenting Expert Or Opinion
12  Testimony, Or Argument, About Substantial Similarity Or "Industry Standards"
13  <u>Plaintiff's Motion in Limine #4</u>: To Exclude Argument, Evidence, Or Reference To The
14  "Idea" Of The Shanghai Diamond Or The Accused Work As Anything Other Than "A
15  Representation Of The Las Vegas Sign"
16  <u>Plaintiff's Motion in Limine #5</u>: To Preclude Evidence Or Argument Of The Defense
17  Of Merger Or Scenes A Faire Doctrines
18  <u>Plaintiff's Motion in Limine #6</u>: To Limit Any Testimony, Argument Or Reference To
19  Any Non-Accused Works.
20
21  <u>Defendant's Motion in Limine #1</u>; To Exclude Testimony Of Plaintiff's Desginated
22  Expert Witness, Professor Jeff Sedlik
23  <u>Defendant's Motion in Limine #2</u>: To Exclude All Evidence Of Plaintiff's Post Filing
24  Attempt To Change The Subject Matter Of Its Alleged Copyright Registration VA 1-
25  826-534
26  <u>Defendant's Motion in Limine #3</u>: To Exclude And Evidence Or Argument Of
27  Similarity, Substantial Similarity, or Striking Similarity Between Any So-Called
28

1

KAROL WESTERN CORP. V. SMITH NEWS COMPANY, INC. No. CV12-7695 BRO (VBKx)

1  Shanghai Diamond Product Of Plaintiff And Any Product Of Defendant.
2  <u>Defendant's Motion in Limine #4</u>: To Exclude Testimony By Plaintiff's Purported
3  Expert Sedlik On The Ground That The Designation Of Said Purported Expert Was
4  Untimely
5
6  On the basis of the pleadings, declarations, memoranda of points and authorities,
7  arguments of counsel, and all other matters of record herein, and good cause appearing
8  **IT IS HEREBY ORDERED THAT**
9
10 Plaintiff's Motion in Limine #1 is GRANTED, and in the trial of this matter the
11 affirmative defense of "independent creation" is barred.   Defendant, Defendant's
12 counsel and witnesses may not refer to, introduce evidence of, testify about, or make
13 argument to the effect that the Accused Work was independently created.
14
15 Plaintiff's Motion in Limine #2 is GRANTED, and in the trial of this matter all visual
16 content in the Shanghai Diamond and the Accused Work, and all comparison of those
17 works, shall be limited to and based on the Best Editions (physical merchandise) of
18 those works in their unit of publication, or to illustrative photographs taken of the Best
19 Editions in their unit of publication and further determined by the Court to be
20 competent, non-prejudicial, and helpful to the jury's understanding of the visual content
21 actually seen in the Best Editions.   Without limitation of the foregoing, Defendant,
22 Defendant's counsel, and witnesses may not display, introduce, or refer to (a) the initial
23 I.D. Material photo accompanying the Shanghai Diamond copyright registration; (b)
24 any physical exhibits or images purporting to show the glitter fabric separate from the
25 Best Editions or other exhibits showing either work in wholly or partially disassembled
26 form; or (c) any other images purporting to show either work for which there is no
27 foundation that the image was prepared according to objective, professional standards
28

and helpfully depicts the Best Editions in their unit of publication.

Plaintiff's Motion in Limine #3 is GRANTED, and in the trial of this matter Defendant, Defendant's counsel, and Defendant's witnesses may not refer to, introduce evidence of, testify to, or offer any opinion evidence about extrinsic substantial similarity or about any "industry standards" affecting or related to the determination of extrinsic substantial similarity or visual content of the works.

Plaintiff's Motion in Limine #4 is GRANTED, and in the trial of this matter Defendant, Defendant's counsel, and witnesses may not argue that, refer to, or introduce evidence of the "idea" or subject matter of the Shanghai Diamond or the Accused Work as anything other than "a representation of the Las Vegas Sign."

Plaintiff's Motion in Limine #5 is GRANTED, and in the trial of this matter the defense of merger/*scenes a faire* is barred.   Defendant, Defendant's counsel and witnesses may not refer to, introduce evidence of, testify about, or make argument to the effect that the "idea" of the Shanghai Diamond is inseparable from the way it is expressed in the work, or that the way the idea expressed in the Shanghai Diamond is commonplace or standard.

Plaintiff's Motion in Limine #6 is GRANTED, and in the trial of this matter Defendant, Defendant's counsel, and Defendant's witnesses may not argue, refer to, or introduce evidence of (a) any non-accused designs from Defendant or any third party, except as evidence that the Shanghai Diamond was copied from a prior work (aside from being a representation of the Las Vegas Sign); (b) or any designs or works not embodying the "idea" of a representation of the Las Vegas Sign.   This order is without prejudice to Plaintiff's right to produce, relative to intrinsic substantial similarity and the scope of

copyright protection, examples showing the wide range of potential designs based on the idea of a representation of the Las Vegas Sign.

**IT IS HEREBY FURTHER ORDERED** that defendants, defendant's counsel and defendant's witnesses shall:

1. Not mention, refer to, or attempt to convey to the jury in any manner, either directly or indirectly, any of the facts mentioned in the Plaintiff's Motions in Limine, without first obtaining permission of the Court outside the presence and hearing of the jury; and

2. Not make any reference to the fact that this motion has been filed; and

3. Warn and caution each of defendant's witnesses to strictly follow the same instructions.

**IT IS HEREBY FURTHER ORDERED THAT** Defendant's Motions in Limine Nos. 1, 2, 3, and 4 are DENIED.

**Dated:** _____

_____
**HON. BEVERLY REID O'CONNELL**
**JUDGE OF THE U.S. DISTRICT COURT**