**LINK:**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | **CV 12-07695 BRO** | Date | March 3, 2014 |
|---|---|---|---|
| Title | **Karol Western Corp. v. Smith News Company Inc.** | | |

Present: The Honorable    **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Bruce Leslie Ishimatsu | H Michael Brucker |
| Donald James Brunsten | |

**Proceedings:**      MOTION(S) IN LIMINE ( Held and Completed)

Matter called.  Counsel state their appearances for the record.  Court questions counsel as stated in court and on the record on the motion(s) and invites counsel to present their oral arguments.  Arguments by counsel are heard.   The Court rules as follows:

1) PLAINTIFF'S MOTION IN LIMINE NO. 1 (filed 1/31/2014) [86] ***Denied***
2) PLAINTIFF'S MOTION IN LIMINE NO. 2 (filed 1/31/14 [80] ***Reserved***
3) PLAINTIFF'S MOTION IN LIMINE NO. 3 (filed 1/31/14 [81]  ***Granted*** **as to industry standards and substantial similarity.**
4) PLAINTIFF'S MOTION IN LIMINE NO. 4 (filed 1/31/14) [82]  [95] ***Denied***
5) PLAINTIFF'S MOTION IN LIMINE NO. 5 (filed 1/31/14 [83]  ***Denied***
6) PLAINTIFF'S MOTION IN LIMINE NO. 6 (filed 1/31/14 [84]  ***Granted***
7) DEFENDANT'S MOTION IN LIMINE NO. 1 (filed 12/16/2013) [67] ***Granted***
8) DEFENDANT'S MOTION IN LIMINE NO. 2 (filed 12/16/2013) [68] ***Denied, subject to a limiting instruction***
9) DEFENDANT'S MOTION IN LIMINE NO. 3 (filed 12/16/2013) [69] ***Reserved***
10) DEFENDANT'S MOTION IN LIMINE NO. 4 (filed 12/16/2013) [70] ***Denied***

Trial will commence on Wednesday, March 26, 2014 at 8:30 a.m.  Each side will have 4 hours to present their evidence at trial.  Each side will be given ½ hour for Opening Statements.

IT IS SO ORDERED

| 01 | : | 17 |
|---|---|---|
| Initials of Preparer | | rf |