H. MICHAEL BRUCKER LAW CORPORATION
H. MICHAEL BRUCKER (#36297)
5855 Doyle Street — Suite 110
Emeryville, California 94608
Telephone: (510) 654-6200
Facsimile: (510) 654-6166

STEVEN M. KIPPERMAN LAW CORPORATION
STEVEN M. KIPPERMAN (#40895)
220 Montgomery Street — Suite 1077
San Francisco, California 94104
Telephone: (415) 397-8600
Facsimile: (415) 397-0792

Counsel for Defendant Smith News Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROL WESTERN CORP., | Case No. CV-12- 7695 BRO (VBKx) |
| Plaintiff, | |
| vs. | FINAL JUDGMENT FOR DEFENDANT |
| SMITH NEWS COMPANY, INC., dba SMITH NOVELTY COMPANY, | |
| Defendant. | |

# JUDGMENT

This case was tried to the court commencing on March 27, 2014, and ending on April 7, 2014. The court having heard and received oral and documentary evidence, having heard the argument of counsel, having considered all briefs filed before and after the trial, having filed its FINDINGS OF FACTS AND CONCLUSIONS OF LAW AFTER COURT TRIAL (filed 9/2/14, Doc #164), having found and concluded there was no copyright infringement by Defendant, and good cause appearing,

IT IS ORDERED, ADJUDGED, AND DECREED that Judgment herein be against Plaintiff Karol Western Corp. and in favor of and for Defendant Smith News Company, Inc.

**IT IS SO ORDERED.**

Dated: September 17, 2014        _____
                                  HONORABLE BEVERLY REID O'CONNELL
                                  UNITED STATES DISTRICT COURT JUDGE

JUDGMENT FOR DEFENDANT

Page 1